# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUSAN MERRELL, on her own behalf and others similarly situated,**
    **Plaintiff,**

**-vs-**                **Case No. 6:06-cv-1899-Orl-22DAB**

**D.C. MOXLEY CONTRACTING, INC., and DANNY MOXLEY,**
    **Defendants.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 24) filed on April 11, 2007.

The United States Magistrate Judge has submitted a report recommending that the settlement be accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 11, 2007 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement of the parties is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**. The Court declines to retain jurisdiction over this action and the settlement thereof.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 1, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record